Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the MIDDLE
District of FLORIDA

ORLANDO Division

FILED 2020 JAN -8 AM 9:35

Case No. 6:20-cv-32-ORL-41-EJK
*(to be filled in by the Clerk's Office)*

BARBARA ROBINSON
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☐ Yes  ☑ No

ATTRACTIONS LODGING INC. dba- ALL GUEST SERVICES-AGS
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | BARBARA ROBINSON |
   | Street Address | P.O. BOX 332 |
   | City and County | OCOEE, - ORANGE COUNTY |
   | State and Zip Code | FLORIDA, 34761 |
   | Telephone Number | 407-274-8714 |
   | E-mail Address | bjm726@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | LINDA PIESKO |
| Job or Title *(if known)* | OWNER |
| Street Address | 4311 VINELAND ROAD #F |
| City and County | ORLANDO - ORANGE COUNTY |
| State and Zip Code | 32811 |
| Telephone Number | 407-6480064 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | ATTRACTIONS LODGING dba- allguest services- AGS |
| Street Address | various hotel siteS- mai office is-4311 VINELAND ROAD |
| City and County | ORLANDO, -ORANGE COUNTY |
| State and Zip Code | FLORIDA, 32811 |
| Telephone Number | 407- 648-0064 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] ✓ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:
    42 U.S.C. § 405(g) (2010)
- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [x] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts (specify): Negative Bullying; and Intimidation, Pervasisve offensive comments/actions; Tampering with work equipment;

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

2014-2018

C. I believe that defendant(s) (check one):
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- [ ] race
- [x] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [x] age (year of birth)   1964   (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability (specify disability)

E. The facts of my case are as follows. Attach additional pages if needed.

● The secret promotions that increased 2015-2018., to younger than 40 years individuals who are less experienced and less qualified than Plaintiff. In addition to the offensive comments, Negative reinforcements actions; Intimidation with Disrespectful, impertinent, harassing actions from managers over time. The high disregard to her emails for Help to pestering issues from managers has causes Distress to Ms. Robinson from such Depraved condition, Forcing Her to leave the job.

Page 4 of 6

Barbara Robinson

It is unconscionable for the ALJ to Biasely side with Respondent, that Plaintiff does not have a case because she was not fired from the job. No potential employer will recruit if you are fired from your last job.

It is prudent for Plaintiff's health and peace of mind to not stay in such deprived and stressful work conditions. Plaintiff contends employer knowingly aware of the disadvantages status on claimant by passing her over with the many secret promotions. The evidences prove discriminatory intent. The ALJ only consider the rude actions and offensive comments from the Managers, Nor the constant Pestering and Intimidation actions Plaintiff experienced. ALJ was prejudicial in decision to consider on partial conversation from Respondent, which is their negative response, instead of proactive. Also, the negative the secret promotions are given to individuals hired additional 60 days of employment with Respondent.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March 05, 2019

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 10/10/2019 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff warrants no less than FORTY THOUSAND DOLLARS-us CURRENCY ($40,000USD), FOR THE INTENT OF economic viabilty deprivement in career advancement, that has been phsically humiliating and demoralizing. Additionally, the loss of seniority, and the disregard to provide help/solution to pestering, Intimidation, offensive, rude, and negative Bullying actions from mnaagers, as the evidences have supported, especially the fact that Plaintiff did aprroach managers about wanting promotion.

The negative ...

..concerns from Respondent were heard in court for the first time o n 11/29/18, After, Plaintiff left the company. This was a Surprise to Plaintiff. Respondent could not present any documented evidences, only partial negative conversation response, (that excluded the Plaintiff's side of the conversation). The full conversations are re - presented in Plaintiff's evidences to show employer's Negative responses.

Plaintiff deemed punitive damages for Defamation is warranted, and in persuant to Fl. Stat. § 768.72 § 2(a) (b).

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/08/2020

Signature of Plaintiff

Printed Name of Plaintiff    BARBARA ROBINSON

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address